IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

HOMESITE INSURANCE CO.          :          CIVIL ACTION
                                :
          v.                    :
                                :
MICHAEL P. NEARY, JR., et al.   :          NO. 17-2297

<u>ORDER</u>

AND NOW, this 8th day of November, 2017, for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that the motion of defendant John Waris "to dismiss, or in the alternative, to remand to the Court of Common Pleas of Montgomery County, Pennsylvania" (Doc. # 6) is DENIED.

BY THE COURT:


/s/ Harvey Bartle III
                                                    J.