IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HOMESITE INSURANCE CO., IN ITS OWN RIGHT AND ON BEHALF OF INSURANCE COUNSELOR'S, INC., D/B/A/ GEICO INSURANCE AGENCY | : : : : : | CIVIL ACTION |
| v. | : : | |
| MICHAEL P. NEARY, JR., et al. | : | NO. 17-2297 |

<u>ORDER</u>

AND NOW, this 17th day of September, 2018, for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that the motion of plaintiff Homesite Insurance Co., in its own right and on behalf of Insurance Counselor's, Inc. d/b/a Geico Insurance Agency, for judgment on the pleadings (incorrectly denominated as a motion for summary judgment) (Doc. # 36) is GRANTED.

BY THE COURT:

/s/ Harvey Bartle III
                              J.